IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | |
|---|---|
| ROXANA LARA,<br><br>　　Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC. D/B/A SAM'S CLUB<br>and WALMART INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:22-cv-00444<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF REMOVAL

SAM'S WEST, INC. D/B/A SAM'S CLUB and WALMART INC. ("Defendants") respectfully submit this Notice of Removal for the purpose of removing the above-entitled action from County Court at Law No. 3 in El Paso County, Texas to the United States District Court for the Western District of Texas. As grounds for this Notice of Removal, Defendants state as follows:

### I. PROCEDURAL HISTORY

1.  Plaintiff Roxana Lara commenced this action in County Court at Law No. 3 in El Paso County, Texas, Cause No. 2022DCV3330, by filing her Original Petition and Jury Demand ("Petition") on November 3, 2022. Copies of all pleadings filed in that action are attached as Exhibit A.

2.  Plaintiff served her Original Petition on Defendants on November 9, 2022 [Exhibit "A"]. This removal is thus timely filed.

3. As Defendants more fully state below, removal of this matter is proper under 28 U.S.C. §§ 1332 and 1441 based on diversity jurisdiction.

## II. DIVERSITY JURISDICTION

4. Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over actions between citizens of different states where the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

5. Plaintiff is a resident, and therefore, a citizen of El Paso County, Texas.

6. Defendant Sam's West, Inc. is an Arkansas corporation with its principal place of business in Arkansas. Thus, there is complete discovery of citizenship between Plaintiff and Defendant.

7. Defendant Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas. Therefore, Walmart, Inc. is a citizen of the States of Arkansas and Delaware. Accordingly, there is complete diversity of citizenship between Plaintiff and Defendant. 28 U.S.C. §§ 1332, 1441.

8. Plaintiff is claiming damages for physical pain and suffering and mental anguish, past and future, physical impairment and disfigurement, past and future, reasonable and necessary medical expenses, past and future, and lost wages and/or loss of wage-earning capacity. Plaintiff seeks monetary relief of more than $1,000,000. *See* Exhibit "A." Plaintiff's claim for damages, therefore, exceeds $75,000, exclusive of interest and costs.

9. Because Plaintiff is a citizen of Texas and Defendants are citizens of Delaware and Arkansas, this Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a)(1).

10. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

11. Accordingly, because this civil action is wholly between citizens of different states and because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1), and this action is removable pursuant to 28 U.S.C. § 1441.

### III. OTHER REMOVAL MATTERS

12. Defendants reserve the right to amend or supplement this Notice of Removal.

13. There have been no pleadings served upon Defendants other than Plaintiff's Original Petition and Jury Demand.

14. This Notice of Removal is filed within 30 days of service upon Defendants of the petition in compliance with 28 U.S.C. § 1446(b).

15. Pursuant to 28 U.S.C. § 1446(d), Defendants shall give Plaintiff written notice of the filing of this Notice of Removal and shall file a written notice of this Notice of Removal with the Clerk of the District Court of El Paso County Texas, County Court at Law No. 3, attaching a file-stamped copy of this Notice of Removal.

16. Pursuant to 28 U.S.C. §§ 1332 and 1446, this action is removable to the United States District Court for the Western District of Texas.

WHEREFORE, Defendants give notice that *Roxana Lara v. Sam's West, Inc. d/b/a Sam's Club and Walmart, Inc.*, Cause No. 2022DCV3330, in County Court at Law No. 3 of El Paso County Texas is removed to the United States District Court for the Western District of Texas.

Respectfully submitted,

**BLANCO ORDOÑEZ MATA & WECHSLER, P.C.**
5715 Cromo Drive
El Paso, Texas 79912
(915) 845-5800
(915) 845-5555 (Facsimile)

By: _____
**STEVEN J. BLANCO**
State Bar No. 00796217
sblanco@bomwlaw.com
**ROBERT M. ESTRADA**
State Bar No. 24071886
restrada@bomwlaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon all counsel of record utilizing the Court's electronic filing system on this the 29th day of November, 2022.

_____
**STEVEN J. BLANCO**

# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
11/09/2022
CT Log Number 542651541

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Texas

**FOR:** WALMART INC. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LARA ROXANA // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition and Jury Demand |
| **COURT/AGENCY:** | El Paso County Court at Law #3, TX<br>Case # 2022DCV3330 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 05/01/2022, Store #8280, at 11360 Pellicano Drive, El Paso, Texas 79936 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/09/2022 at 11:50 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | At or before 10:00 a.m. of the Monday next after the expiration of 20 days after the date of service |
| **ATTORNEY(S)/SENDER(S):** | Sarah Y-Nhi Huynh<br>The Huynh Law Firm, PLLC<br>1742 Zaragoza, Suite A<br>El Paso, TX 79936<br>915-223-4878 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/09/2022, Expected Purge Date: 11/14/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

Page 1 of 2



**CT Corporation**
**Service of Process Notification**
11/09/2022
CT Log Number 542651541

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Nov 9, 2022
**Server Name:** Guy Connelly

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 2022DCV3330 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **WALMART INC**, who may be served with process by serving its registered agent CT Corporation System at **1999 BRYAN ST, STE 900, DALLAS, TX 75201** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition and Jury Demand** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 3**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, SARAH Y-NHI HUYNH, 1742 Zaragoza, Suite A, El Paso, Texas 79936 in this case numbered **2022DCV3330** on the docket of said court, and styled:

**ROXANA LARA**
**VS.**
**SAM'S WEST, INC. D/B/A SAM'S CLUB AND WALMART INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition and Jury Demand** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 7th day of November, 2022

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: ___NORMA FAVELA BARCELEAU___ District Clerk
El Paso County, Texas
By ___K. Henry___, Deputy
Kia-Dre Henry

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition and Jury Demand**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|---|---|------|---|---|---|
|      | MONTH | DAY | YEAR | Hour | Min. | .M. | |
|      |      |   |   |      |   |   | |
|      |      |   |   |      |   |   | |
|      |      |   |   |      |   |   | |
|      |      |   |   |      |   |   | |

And not executed as to the defendant, _____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy ____ $ _____   _____ Sheriff

_____ County, Texas

Total _____ $ _____ by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____, on the _____ day of _____ 20_____, at _____ o'clock ___m. this copy of this instrument.

_____, Sheriff/Agent

_____ County, Texas

By _____11/9/22_____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

(SEAL)

_____
**NOTARY PUBLIC, STATE OF TEXAS**

El Paso County - County Court at Law 3

Filed 11/3/2022 4:15 AM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV3330

Cause No. _____

| | | |
|---|---|---|
| Roxana Lara, | § | In the District Court |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | _____ Judicial District |
| Sam's West, Inc. d/b/a Sam's Club and | § | |
| Walmart Inc., | § | |
| | § | |
| *Defendants* | § | El Paso County, Texas |

## Plaintiff's Original Petition and Jury Demand

Plaintiff Roxana Lara ("Plaintiff") hereby brings various causes of action against Defendants Sam's West, Inc. d/b/a Sam's Club and Walmart Inc. (Collectively "Defendants"), and respectfully shows the Court the following:

### I. Discovery Control Plan

1.1.   Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### II. Jurisdiction and Venue

2.1.   The court has jurisdiction over this controversy because the damages are within the jurisdictional limits of this court. Venue is proper in El Paso County, Texas, because the cause of action accrued in whole or in part in El Paso County.

### III. Statement Regarding Monetary Relief Sought

3.1   Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but less than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which

Copy from re:SearchTX

Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

## IV. Parties

4.1   Plaintiff Roxana Lara is an individual who resides in El Paso County, Texas.

4.2   Defendant Sam's West, Inc. d/b/a Sam's Club ("Defendant Sam's Club") is an Arkansas company doing business in Texas. Defendant Sam's Club may be served with process through its registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

4.3   Defendant Walmart Inc. is a Delaware company doing business in Texas. Defendant Walmart Inc. may be served with process through its registered agent: CT Corporation System 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## V. Causes of Action

5.1   The events giving rise to this cause of action occurred on or about May 1, 2022. Plaintiff, Roxana Lara, was an invitee at Sam's Club, located at 11360 Pellicano Drive, El Paso, Texas 79936 (Sam's Club #8280) ("the subject store"). This was the subject Sam's Club store at which Plaintiff was shopping at the time of the incident. Defendants owned and maintained the subject premises. As Plaintiff was shopping in the home décor section in the subject store, Plaintiff slipped on dirt that was on the floor and flower pots fell on her. The floor was not slip resistant, nor did Defendants adequately maintain the floor. Plaintiff's feet slipped out from under her and she was unable to maintain her balance, fell to the ground, and suffered serious bodily injuries.

5.2   Defendants are liable to Plaintiff, jointly and severally, under the theory of premises liability and negligence, including, but not limited to, the following:

    a.   Negligently allowing the premises to become dangerous;

Copy from re:SearchTX

    b.    Negligently permitting the dangerous conditions to exist;

    c.    Failing to keep the store floor in reasonably safe condition by keeping the floor free of slippery conditions, substances, and/or debris;

    d.    Failing to inspect the premises to discover the existence of slippery conditions, substances, and/or debris on the floor;

    e.    Failing to correct the condition by taking reasonable measure to safeguard customers;

    f.    Failing to give adequate warning of the existence of the dangerous condition, despite the fact that the Defendants, their agents, servants, and/or employees knew, or in the exercise of ordinary care, should have known of the existence of the dangerous conditions and their potential for injury; and;

    g.    Other acts and omissions constituting negligence.

5.3    Plaintiff will show that, based on the above-described facts, Defendants were negligent. Defendants, as occupier and owner of the premises with control over the premises, owed Plaintiff a duty to warn and make safe the defective condition existing on Defendants' premises. Furthermore, Plaintiff was an invitee at the time of injury. Defendants owed a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.

5.4    As a result, Defendants' negligent acts and/or omissions, whether taken singularly, or in any combination, were a proximate cause of Plaintiff's injuries and damages.

3

Copy from re:SearchTX

## VI. Damages

6.1    By virtue of the actions and conduct of the Defendants set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

   a. Past and future medical expenses;

   b. Past and future pain, suffering and mental anguish;

   c. Past and future physical impairment;

   d. Past and future physical disfigurement;

   e. Past lost wages and future loss of earning capacity; and

   f. All other damages allowed by law and equity.

6.2    For the above reasons, Plaintiff is entitled to recover damages from the Defendants, jointly and severally, in an amount within the jurisdictional limits of this Court as well as pre and post-judgment interest.

## VII.    Jury Demand

7.1    Plaintiff hereby demands a trial by jury.

## VIII.    Rule 193.7 Notice

8.1    Plaintiff hereby gives actual notice to Defendants that any and all documents produced may be used against Defendants at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

## IX.    Designated E-Service Email Address

9.1    The following is the undersigned attorney's designated e-service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) &

Copy from re:SearchTX

21(a): eservice@thehuynhlawfirm.com. This is the undersigned's only e-service email address, and service through any other email address will be considered invalid.

### Prayer

For these reasons, Plaintiff prays this cause be set for trial before a jury, that she recover judgment of and from the Defendants, jointly and severally, for the actual damages in such amount as the evidence may show, and the jury may determine to be proper, together with pre-judgment interest, post-judgment interest, costs of court, and such other and further relief to which she may show herself to be justly entitled.

**THE HUYNH LAW FIRM, PLLC**

*/s/ Sarah Y-Nhi Huynh*
SARAH Y-NHI HUYNH
SBN: 24092558
shuynh@thehuynhlawfirm.com
MICHAEL ALVAREZ
SBN: 24068754
malvarez@thehuynhlawfirm.com
PAVEL "PAUL" SAVINOV
SBN: 24086698
psavinov@thehuynhlawfirm.com
1742 Zaragoza, Suite A
El Paso, Texas 79936
Tel.: (915) 223-4878
Fax: (915) 218-5332
E-Service E-mail: eservice@thehuynhlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Copy from re:SearchTX