IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROXANA LARA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-22-CV-444-KC |
| § | |
| WALMART, INC. and SAM'S WEST, § | |
| INC. d/b/a SAM'S CLUB, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court sua sponte considered the case. On August 23, 2023, the Court was informed that the parties had reached a settlement. Alternative Dispute Resolution Summary, ECF No. 14. The Court accordingly ordered that "unless the parties submit final closing papers **on or before September 22, 2023**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." August 24, 2023, Order, ECF No. 15.

September 22, 2023, has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before October 25, 2023**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 25th day of September, 2023.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE